

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Javier Martinez Garcia, Appellant

No. 06-23-00026-CR      v.

The State of Texas, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 22M1063CCL). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment—not the sentence—by deleting the $6,000.00 DWI traffic fine. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Javier Martinez Garcia, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 18, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk